*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| AMERICAN COMMERCIAL LINES LLC | CIVIL ACTION |
| VERSUS | NUMBER: 09-3657 |
| BELLE CHASE MARINE TRANSPORTATION, *et al.* | SECTION: "B" |
| | JUDGE: LEMELLE |
| | MAGISTRATE: ROBY |

## ANSWER

**NOW INTO COURT,** comes New Orleans Paddlewheels, Inc. (hereinafter "Paddlewheels"), defendant in the above captioned proceedings, who avers as follows for its Answer to the Complaint For Declaratory Judgment of America Commercial Lines, L.L.C, (hereinafter "ACL") as owner of Barge DM-932:

### FIRST DEFENSE

The Complaint fails to state a claim or cause of action upon which relief can be granted.

## SECOND DEFENSE

And now answering each and every allegation of the Complaint, Paddlewheels avers as follows:  The allegations contained in paragraphs 3,39,142,143 and 144 are denied; the allegations contained in paragraphs 1,2,4,15,38,40,41,42,43,44,140, and 141 are admitted; paragraphs 5,6,7,8,9,10,11,12,13,14,16 through 33,36,37,45,46,47,48 and 49 are denied for a lack of information as to the truth of the allegations made therein; to the extent an answer is required as to the allegations of fact contained in paragraphs 51 through 139 and 145 through 215 those allegations are denied; and to the extent any allegation of fact has not been expressly addressed above, those allegations are denied.

## THIRD DEFENSE

Neither Paddlewheels, nor any of its employees, agents or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the collision and oil spill occurring on or about July 23, 2008 involving M/V MEL OLIVER, Barge DM-932 and/or M/V TINTOMARA and/or any damages or personal injuries allegedly sustained by any other party arising out of the collision and oil spill of July 23, 2008 made basis of these proceedings.

**WHEREFORE**, New Orleans Paddlewheels, Inc. prays its Answer may be deemed good and sufficient, and after due proceedings are had that there be judgment in its favor, awarding New Orleans Paddlewheels, Inc., all damages it is entitled to, together with interest, costs, disbursements and attorney fees, and for all other relief which justice requires.

Respectfully submitted,

/s/ Robert P. Blackburn

_____
ROBERT P. BLACKBURN (#24968)
DeSalvo, Blackburn & Kitchens, LLC
315 S. Hennessey St.
New Orleans, Louisiana 70119
Telephone:  (504) 482-2944
Facsimile:   (504) 482-2955
Attorneys for New Orleans
 Paddlewheels, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the stated counsel of record.  I further certify that I am unaware of any counsel involved in this matter that are non-CM/ECF participants

/s/ Robert P. Blackburn